

**ZOLL KRANZ & BORGESS, LLC**

Attorneys at Law

6620 West Central Avenue
Suite 200
Toledo, OH 43617
www.toledolaw.com
www.toledoconstructionlaw.com

Phone: 419-841-9623
Fax: 419-841-9719

June 16, 2008

Chief Judge James G. Carr
United States District Court
Northern District of Ohio, Western Division
1716 Spielbusch Avenue
Toledo, Ohio 43604

    Re:    Heparin MDL 1953

Dear Judge Carr:

An organizational meeting for Plaintiffs' attorneys was held today in Cleveland, Ohio in the above captioned matter. About 20 attorneys were present in person and another 15 attorneys were present by telephone.

I have been asked by unanimous consent of the attorneys present to request that you appoint me as interim liaison counsel in this matter. If the Court chooses to appoint me to this position, I will then be able to communicate freely with the Court on other matters that relate to this case.

                      Sincerely,

                      David W. Zoll

DWZ:dwz

David W. Zoll*
david@toledolaw.com

Michelle L. Kranz
michelle@toledolaw.com

Pamela A. Borgess
pamela@toledolaw.com

Wesley D. Merillat
wes@toledolaw.com

*Certified National Board
of Trial Advocacy

