**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

**IN RE:**

**HEPARIN PRODUCTS**
**LIABILITY LITIGATION**

**MDL Docket No. 1953**

**CHIEF JUDGE JAMES G. CARR**
**CASE NO. 1:08-60000**

**ORDER**

For good cause having been shown, it is hereby

Ordered that attorney David Zoll, of Zoll, Kranz & Borgess LLC, 6620 West Central Avenue, Toledo, Ohio 43617, shall be and hereby is appointed as interim liaison counsel for the plaintiffs' in MDL Docket No. 1953.

So Ordered.

S/ James G. Carr
Chief Judge