# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | MDL Docket No. 1953 |
| | ) | |
| HEPARIN PRODUCTS | ) | CHIEF JUDGE JAMES G. CARR |
| LIABILITY LITIGATION | ) | CASE NO. 1:08-hc-60000 |
| | ) | |
| | ) | ALL CASES |

## PLAINTIFFS' EXECUTIVE COMMITTEE'S MOTION REQUESTING AN ORDER SETTING GUIDELINES FOR THE ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT DOCTRINE

The Plaintiffs' Executive Committee ("PEC") moves for an order setting guidelines for the attorney-client privilege and work product doctrine. In support of this motion, the PEC incorporates the attached memorandum of law.

Respectfully submitted,

/s/ David W. Zoll
David W. Zoll (0008548)
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, Ohio 43617
Telephone: 419-841-9623
Facsimile: 419-841-9719
Email: david@toledolaw.com

*Plaintiffs' Liaison Counsel*

John C. Evans
Specter Specter Evans & Manogue
Suite 2600, 436 Seventh Avenue
Pittsburgh , Pennsylvania 15219
Telephone: 412-642-2300
Facsimile: 412-642-2309
Email: jce@ssem.com

Daniel E. Becnel , Jr.
106 West Seventh Street
P.O. Drawer H
Reserve , Louisiana 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
Email: dbecnel@becnellaw.com

Daniel N. Gallucci
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: 717-892-3000
Facsimile: 717-892-1200
Email: dgallucci@rodanast.com

Janet G. Abaray
Burg Simpson Eldredge Hersh
Jardine - Cincinnati
Suite 2090, 312 Walnut Street
Cincinnati, Ohio 45202
Telephone: 513-852-5600
Facsimile: 513-852-5611
Email: jabaray@burgsimpson.com

Donald J. Nolan
Nolan Law Group
30th Floor, 20 North Clark Street
Chicago, Illinois 60602
Telephone: 312-630-4000
Facsimile: 312-360-4011
Email: djn@nolan-law.com

***Plaintiffs' Executive Committee***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2009, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and parties may access this filing through that system.

/s/ David W. Zoll
David W. Zoll (0008548)
ZOLL, KRANZ & BORGESS, LLC

*Plaintiffs' Liaison Counsel*