# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In re.:

Heparin Products Liability Litigation          MDL No. 1953

*******************************

Robert Yeazel, Jr., et al.,

       Plaintiff                           Case No. 1:09-hc-60186

v.                                              ORDER

Baxter Healthcare Corporation, *et al*.,

       Defendants

Status conference held February 17, 2011.

It is hereby

ORDERED THAT:

1. Trial dates vacated; parties granted leave to conduct further discovery and to submit proposed timetable for further proceedings in this case;

2. Hearings on pending *Daubert* motions set to begin April 19, 2011, and to continue thereafter, as needed; Court to notify parties by March 20, 2011, with regard to need for such hearings;

3. Plaintiffs' opposition to defendant's motion to dismiss ACAS on or before before March 10, 2011; reply due March 31, 2011;

4. Defendant to notify plaintiffs of existing amendments, if any, to ACAS/Baxter cost-sharing agreement, and to provide such notice promptly in the event of future amendments to that Agreement;

5. Leave granted to plaintiff Yeazel to file amended complaint to withdraw any pre-empted common law negligence claims;

6. Proceedings re. motion to strike Yeazel affidavit held in abeyance pending decision, if such is entered, to grant motion to strike Cummings affidavit;

7. Telephonic status conference set for noon EST, Monday, March 21, 2011.

So ordered.

s/James G. Carr
United States District Judge